# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN BATTIT,<br><br>    Plaintiff,<br><br>vs.<br><br>SANOFI-AVENTIS U.S. LLC, et al.,<br><br>    Defendants. | Case No.: 8:23-cv-02012-CJC-DFM<br><br>Judge: Hon. Cormac J. Carney<br><br>**ORDER GRANTING STIPULATED REQUEST FOR STAY PENDING MDL TRANSFER DECISION**<br><br>Case Transferred In: 10/30/23 |

Having considered the Notice of Settlement between Plaintiff Susan Battit and Defendants Sanofi US Services Inc. and sanofi-aventis U.S. LLC, and good cause appearing:

IT IS HEREBY ORDERED as follows:

All pending deadlines are vacated and this matter is stayed for six months, through and including May 24, 2024, at which time a status report informing this Court of the settlement status or a motion for appropriate relief shall be due.

Dated: January 10, 2024

Hon. Cormac J. Carney
United States District Judge